IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FOYE P DEES,

    Plaintiff,

v.                                        CASE NO. 1:00-cv-00161-MP

KENNETH S APFEL,
JO ANNE BARNHART,
LARRY G MASSANARI,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 34, Motion to Extend Time by Jo Anne Barnhart to respond to Plaintiff's Motion for Attorney's Fees, Doc. 33. Defendant seeks the additional time to retrieve archived files and properly respond to Plaintiff's Motion. Counsel for Defendant has certified that Plaintiff's counsel does not object to the extension.

**ORDERED AND ADJUDGED:**

Defendant's Motion for Extension of Time, Doc. 34, is GRANTED. Defendant shall file its response on or before Thursday, July 28, 2005.

**DONE AND ORDERED** this __28th__ day of June, 2005.

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge